AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: <br> B-18-661-MJ | Date and time warrant executed: <br> 05/02/2019 8:00 am | Copy of warrant and inventory left with: <br> Timothy Bowen Intelligence Analyst |
| Inventory made in the presence of : <br> SA Brennan Brophy |||
| Inventory of the property taken and name of any person(s) seized: <br><br> Agents will provide an ammended return upon Intelligence Analyst Timothy Bowen completing his detailed analysis of the device. |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/03/2019

United States District Court
Southern District of Texas
FILED
MAY 0 3 2019
David J. Bradley, Clerk of Court

*Executing officer's signature*

Michael Eye SA
*Printed name and title*

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| In the Matter of the Search of )<br>*(Briefly describe the property to be searched* )<br>*or identify the person by name and address)* )<br>)<br>One (1) DW Digital Watchdog Recorder SN: )<br>VMC041112480638 located at DEA Brownsville, TX )<br>) | Case No. B-18-661-MJ |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Southern__ District of __Texas__
*(identify the person or describe the property to be searched and give its location)*:

Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before __May 13, 2019__ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __U.S. Magistrate Judge, Honorable Ignacio Torteya, III__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ___.

Date and time issued: __April 30, 2019 (4:02 PM)__ _____
*Judge's Signature*

City and state: __Brownsville, Texas__ __U.S. Magistrate Judge, Honorable Ignacio Torteya, III__
*Printed name and title*